UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUZANNE DOE,

    Plaintiff,

v.

PIERCE COUNTY SUPERIOR COURT DOMESTIC VIOLENCE UNIT, et al.,

    Defendants.

CASE NO. C11-5729BHS

ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS

    This matter comes before the Court on Plaintiff's motion to proceed in forma pauperis (Dkt. 1). The Court has considered the pleadings filed in support of the motion and the remainder of the file and hereby denies the motion for the reasons stated herein.

**I. DISCUSSION**

    On September 12, 2011, Plaintiff moved the Court to proceed in forma pauperis in her case filed against Defendants. Dkt. 1. Plaintiff claims that Defendants violated her Fourteenth Amendment rights when Defendant issued an order for her arrest and gave her house away. On September 19, 2011, this matter was reassigned to the undersigned as a related case. *See, e.g.,* C10-5592BHS.

The district court may permit indigent litigants to proceed in forma pauperis upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). However, the Court has broad discretion in denying an application to proceed in forma pauperis. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied*, 375 U.S. 845 (1963). "A district court may deny leave to proceed in forma pauperis at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir. 1987).

To begin with, when the Court compares the Complaint filed in this case with the Complaint filed in Plaintiff's related case(s), it appears that Plaintiff has simply refiled the same case that the undersigned already denied Plaintiff in forma pauperis status. However, in the instant matter it appears that Plaintiff changed her name from Suzanne Carey to Suzanne Doe. A party must sue in the name of the real party in interest. Suzanne Doe is not Plaintiff's real name, and she has not shown any compelling, legally sufficient reason to proceed with the name Doe, reserved for cases in which anonymity is permitted or the named party's identity is unknown; neither is the case here.

Moreover, just as in her prior filings, it appears that Plaintiff is not without sufficient income to pay the filing fee in this matter. Again, notwithstanding Plaintiff's framing of her alleged case against Defendants, the Court is unable to determine what cause of action might lie with Plaintiff's allegations, and she has either not plead any valid causes of action or supported a valid cause of action with adequate facts. In short, it does not appear that Plaintiff can sustain her claims either in law or fact. Based on the

Court's review of Plaintiff's proposed complaint, the Court finds it likely to be without merit and conceivably frivolous.

## II. ORDER

Therefore, it is hereby **ORDERED** that Plaintiff's motion to proceed in forma pauperis is **DENIED**. Her complaint will not be accepted unless the filing fee is paid on or before October 14, 2011. However, even if the fee is paid, failure to cure the above mentioned deficiencies in the proposed complaint will likely result in dismissal of Plaintiff's case.

Dated this 20th day of September, 2011.

BENJAMIN H. SETTLE
United States District Judge